UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 1:07-cv-02044 |
| v. | ) |
| | ) JUDGE: Hon. Emmet G. Sullivan |
| **VULCAN MATERIALS COMPANY** and | ) |
| | ) DECK TYPE: Antitrust |
| **FLORIDA ROCK INDUSTRIES, INC.**, | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all Parties of Record:

Please enter my appearance as counsel for Defendant Florida Rock Industries, Inc., pursuant to Local Rule 83.6.

Dated: November 21, 2007

Respectfully submitted,

   /s/  Laura A. Wilkinson
Laura A. Wilkinson, Esquire (DC Bar # 413497)
WEIL, GOTSHAL & MANGES LLP
1300 I Street, NW, Suite 900
Washington, D.C.  20005
(202) 682-7000
Attorney for Defendant Florida Rock Industries, Inc.

CERTIFICATE OF SERVICE

I, Laura A. Wilkinson, hereby certify that, on November 21, 2007, the foregoing Notice of Appearance was filed electronically, and a copy was sent by first-class mail to:

>Robert W. Wilder, Esquire
>United States Department of Justice
>Antitrust Division, Litigation II Section
>1401 H Street, NW, Suite 3000
>Washington, D.C.  20530
>Attorney for Plaintiff United States of America

>Joseph D. Larson, Esquire
>WACHTELL, LIPTON, ROSEN & KATZ
>51 West 52nd Street
>New York, NY  10019
>(212) 403-1000
>Attorney for Defendant Vulcan Materials Company

>        /s/  Laura A. Wilkinson
>Laura A. Wilkinson, Esquire (DC Bar # 413497)
>WEIL, GOTSHAL & MANGES LLP
>1300 I Street, NW, Suite 900
>Washington, D.C.  20005
>(202) 682-7000