# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 1:07-cv-02044 |
| v. | ) |
| | ) JUDGE: Hon. Emmet G. Sullivan |
| **VULCAN MATERIALS COMPANY** and | ) |
| | ) DECK TYPE: Antitrust |
| **FLORIDA ROCK INDUSTRIES, INC.**, | ) |
| Defendants. | ) |

## CERTIFICATION OF DEFENDANTS PURSUANT TO 15 U.S.C. § 16(g)

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g) (the "Tunney Act"), defendants Vulcan Materials Company ("Vulcan") and Florida Rock Industries, Inc. ("Florida Rock") make the following disclosure of written and oral communications concerning the proposed Final Judgment. On July 26, 2007 and on August 8, 2007, representatives of defendants Vulcan and Florida Rock, along with outside counsel for defendants from Wachtell, Lipton, Rosen & Katz, Weil, Gotshal & Manges LLP, Hunton & Williams LLP, Alston & Bird LLP and economic consultants from Economists Incorporated, met with employees of the Department of Justice (the "Department") and discussed, among other topics, a proposed divestiture package to be included in a consent judgment. The Vulcan and Florida Rock representatives did not submit any written communications to the Department, and the oral communications by the Vulcan and Florida Rock representatives consisted of responding to questions and comments from the Department. There were no other written or oral communications by or on behalf of defendants Vulcan and/or Florida Rock with any officer or

employee of the United States concerning or relevant to the proposed Final Judgment, except for communications by outside counsel for defendants Vulcan and/or Florida Rock alone with employees of the Department, which are exempt from disclosure under 15 U.S.C. § 16(g).

Defendants Vulcan and Florida Rock jointly certify that, with this submission, they have complied with the requirements of 15 U.S.C. § 16(g) and that this submission is a true and complete description of communications known to defendants or that defendants reasonably should have known that are required to be reported pursuant to that provision.

Dated:  November 21, 2007

Respectfully submitted,

    /s/  Laura A. Wilkinson
Laura A. Wilkinson, Esquire (DC Bar # 413497)
WEIL, GOTSHAL & MANGES LLP
1300 I Street, NW, Suite 900
Washington, D.C.  20005
(202) 682-7000
Attorney for Defendant Florida Rock Industries, Inc.

    /s/  Joseph D. Larson
Joseph D. Larson, Esquire
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY  10019
(212) 403-1000
Attorney for Defendant Vulcan Materials Company

<u>CERTIFICATE OF SERVICE</u>

I, Laura A. Wilkinson, hereby certify that, on November 21, 2007, the foregoing Certification of Defendants Pursuant to 15 U.S.C. § 16(g) was filed electronically, and a copy was sent by first-class mail to:

>Robert W. Wilder, Esquire
>United States Department of Justice
>Antitrust Division, Litigation II Section
>1401 H Street, NW, Suite 3000
>Washington, D.C. 20530
>Attorney for Plaintiff United States of America

>          /s/  Laura A. Wilkinson
>Laura A. Wilkinson, Esquire (DC Bar # 413497)
>WEIL, GOTSHAL & MANGES LLP
>1300 I Street, NW, Suite 900
>Washington, D.C. 20005
>(202) 682-7000