UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VULCAN MATERIALS COMPANY and<br>FLORIDA ROCK INDUSTRIES, INC.,<br><br>Defendant. | CASE: 1:07-cv-02044<br><br>JUDGE: Sullivan, Emmet G.<br><br>DECK TYPE: Antitrust<br><br>DATE STAMP: |

### SECOND NOTICE OF EXTENSION OF TIME

Plaintiff, the United States of America, by the undersigned attorney, hereby provides notice that pursuant to paragraph IV(A) of the Final Judgment, it has granted defendant Vulcan Materials Company a second thirty (30) day extension of time to divest the Divestiture Assets. The divestiture period provided under paragraph IV(A) of the Final Judgment shall expire no earlier than April 11, 2008.

Dated: March 10, 2008

Respectfully submitted,

PLAINTIFF UNITED STATES OF AMERICA:

_/s/ Robert W. Wilder_
Robert W. Wilder
Christine A. Hill (D.C. Bar #461048/inactive)
Helena Gardner
Attorneys
U.S. Department of Justice
Antitrust Division
Litigation II Section
1401 H Street, N.W.
Suite 3000
Washington, D.C. 20530
Tel: (202) 307-0924

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>VULCAN MATERIALS COMPANY and<br>FLORIDA ROCK INDUSTRIES, INC.,<br><br>        Defendants. | CASE: 1:07-cv-02044<br><br>JUDGE: Sullivan, Emmet G.<br><br>DECK TYPE: Antitrust<br><br>DATE STAMP: |

## CERTIFICATE OF SERVICE

I, Robert Wilder, hereby certify that on March 10, 2008, I caused a copy of the foregoing Second Notice of Extension of Time to be served upon defendants VULCAN MATERIALS COMPANY and FLORIDA ROCK INDUSTRIES, INC. by mailing the document electronically to the duly authorized legal representatives of defendants as follows:

**Counsel for Defendant Vulcan Materials Company:**

Joseph D. Larson, Esquire
Wachtell, Lipton, Rosen & Katz LLP
51 West 52nd Street
New York, New York  10019
(212) 403-1000
JDLarson@wlrk.com

**Counsel for Defendant Florida Rock Industries, Inc.:**

Laura A. Wilkinson, Esquire
Weil, Gotshal & Manges LLP
1300 I Street, NW, Suite 900
Washington, D.C.  20005
(202) 682-7005
laura.wilkinson@weil.com

*(signature)*
Robert W. Wilder, Esquire
United States Department of Justice
Antitrust Division, Litigation II Section
1401 H Street, NW, Suite 3000
Washington, D.C. 20530
(202) 307-6336